# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEWANN BULLS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 18-738 |
| v. ) | |
| ) | |
| **ALLEGHENY COUNTY JAIL,** ) | |
| and **FBI**, ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW this 15th day of October, 2018, upon consideration of the complaint filed by plaintiff, DeWann Bulls, *pro se* and *in forma pauperis*, (ECF No. 4),

IT IS HEREBY ORDERED that for the reasons set forth in the accompanying Memorandum Opinion the complaint is DISMISSED with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and amendment would be futile.

IT IS FURTHER ORDERED that the clerk shall mark this case CLOSED.

By the court,

s/ Joy Flowers Conti
Joy Flowers Conti
Chief United States District Judge

cc: DeWann Bulls
 705 Lorenze Ave., Apt. 1
 Pittsburgh, PA 15220

1